

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2022

No. 04-22-00748-CR

**IN RE** David Gene **BECKA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice
     Lori I. Valenzuela, Justice

On November 4, 2022, relator filed a petition for writ of mandamus and an emergency motion for stay pending final resolution of the petition for writ of mandamus. Relator's request for emergency relief is **GRANTED IN PART**.

The trial court's enforcement of any residency requirement is **STAYED** pending further order of this court. This stay does not affect the intake scheduled for November 8, 2022 or the hearing set for November 9, 2022.

It is so **ORDERED** on November 4, 2022.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-CR-1257, styled *The State of Texas vs. David Becka*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Andrew Wyatt Carruthers presiding.